| | |
|---|---|
| **LAW OFFICE OF DANIEL C. HERR LLC** | 1225 N. KING STREET<br>SUITE 1000 (10TH FLOOR)<br>WILMINGTON, DE 19801<br>T (302) 483-7060<br>F (302) 483-7065<br>DHERR@DHERRLAW.COM<br><br>*LICENSED IN DE AND PA |

July 12, 2021

**VIA ELECTRONIC FILING ONLY**
The Honorable Stephanos Bibas, Circuit Judge

      **RE:** *Kennedy v. Sallie Mae Bank*, C.A. No. 20-353-SB;
            <u>**Notice of Settlement**</u>.

Dear Your Honor:

I am pleased to inform the Court that the parties in the above-referenced matter have reached a settlement in principle. We anticipate submitting a stipulation of dismissal with prejudice for the Court's consideration within 30 days' time.

We are available at the Court's convenience for questions or concerns.

                                                Respectfully,

                                                */s/Daniel C. Herr*
                                                Daniel C. Herr, Esquire (No 5497)

**cc:**     **All Counsel of Record (by electronic filing only)**